**Electronically Filed
Supreme Court
SCWC-21-0000706
31-OCT-2023
03:18 PM
Dkt. 5 ODAC**

SCWC-21-0000706

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

JOSHUA PARTRIDGE,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000706; CASE NO. 2DTC-21-601509)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna and Eddins, JJ., and Circuit
Judges Castagnetti and Wong, assigned by reason of vacancies)

Petitioner Joshua Partridge's Application for Writ of

Certiorari, filed on September 25, 2023, is hereby rejected.

DATED: Honolulu, Hawai'i, October 31, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Jeannette H. Castagnetti

/s/ Paul B.K. Wong